IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br><br>　　　Plaintiff,<br><br>v.<br><br>LONE WOLF MECHANICAL, INC,<br><br>　　　Defendant. | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL<br><br>Case No. 2:22-cv-00611-JNP-DAO<br><br>District Judge Jill N. Parrish |

　　　The court, having been presented with a Joint Motion and Stipulation for Dismissal of this Action, hereby orders that the declaratory relief action be dismissed, with each party to pay its own costs and fees.

　　　DATED August 28, 2024.

　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　_____
　　　　　　　　　　　　Jill N. Parrish
　　　　　　　　　　　　United States District Court Judge